1902. (1) Property fronting on Hotel and Front streets, Honolulu, containing an area of 26,437 square feet. Returned at $75,000; assessed at $150,000 and reduced by the Tax Appeal Court to $129,554. (2) Property on Emma street, Honolulu, containing an area of 5.21 acres. Returned at $30,000; assessed at $75,000 and reduced by Tax Appeal Court to $50,000. Appeal by the Assessor. *Per Curiam.* On the first item the appeal is sustained, and the valuation of said property is fixed at $133,554. On the second item, valuation of the Tax Appeal Court is affirmed. Perry, J., dissenting as to the first item: Valuation by Tax Court should be affirmed. *C. Brown* for tax-payer. *Robertson & Wilder* for Assessor.

---

No. 39. *In re* ASSESSMENT OF TAXES, JOHN PULAA. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 6, 1902. Decided January 18, 1902. About four acres at Kalihi, Honolulu, R. P. 672, L. C. A. 1541. Returned at $1500; assessed at $8000. Valued by Tax Court at $3000. Appeal by Assessor. *Per Curiam.* Valuation placed at $4000. Perry, J., dissenting: Valuation by Tax Court should be affirmed. *Robertson & Wilder* for Assessor, appellant. *J. A. Magoon* and *T. I. Dillon* for tax-payer.

---

No. 40. *In re* ASSESSMENT OF TAXES, MARY A. GRAEME. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 6, 1902. Decided January 18, 1902. Land N. E. corner Kaahumanu and Queen streets, Honolulu. Frontage, Kaahumanu street 146 feet, Queen street 97 1-2 feet. Area, 12,850 square feet. Property subject to lease expiring in 1919, at a rental of $2000 per annum. Returned at $20,000; assessed at $140,000. Valuation fixed by Tax Appeal Court, $20,000. In this court the Assessor claims a valuation of $75,000, and the tax-payer concedes a value of $45,000, subject to the lease. *Per*

*Curiam.* Valuation fixed at $45,000. *Robertson & Wilder* for Assessor. *C. Brown* for tax-payer.

---

No. 41. *In re* ASSESSMENT OF TAXES, C. K. C. ROOKE. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 7, 1902. Decided January 18, 1902. Land at Honuakaha, Honolulu, containing an area of 196,891 square feet. Returned at $2800; assessed at $35,000, and valued at $2800 by Tax Appeal Court. Appeal by the Assessor. *Per Curiam.* The appeal is sustained on authority of *In re Assessment of Taxes, Emily K. Mehrten,* 13 Haw. 677, and the valuation of said property fixed at $25,000. *Atkinson & Judd* for tax-payer. *Robertson & Wilder* for Assessor.

---

No. 42. *In re* ASSESSMENT OF TAXES, M. S. GRINBAUM & Co., LIMITED. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 13, 1902. Decided January 18, 1902. Stock of merchandise, returned at $124,842.82; assessed at $184,842.82. Valued by Tax Appeal Court at amount returned. Appeal by Assessor. *Per Curiam.* Value placed at $150,000. *Robertson & Wilder* for Assessor. *Hatch & Silliman* for tax-payer.

---

No. 45. *In re* ASSESSMENT OF TAXES, KAPIOLANI ESTATE, LIMITED. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 8, 1902. Decided January 17, 1902. (1) 4.23 acres, south side of Wilder Avenue, between Keeaumoku and Makiki streets, Honolulu, subject to lease for 20 years from May 11, 1896, at annual rental of $400. Returned at $3200; assessed at $24,000. Valued by Tax Court at $3200. (2) 11,325 square feet, north corner of King and Alakea streets, Honolulu. Returned at $30,000; assessed at $40,000. Valued by Tax Court at $30,000. (3) 162.61 acres, Mokauea, Kalihi,